IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HANOVER AMERICAN INSURANCE COMPANY,
as Subrogee of Mark Henry and Jenny Henry                                    PLAINTIFF

v.                                     No. 4:14-cv-367-DPM

GREATER ARKANSAS ROOFING, INC.                                              DEFENDANT

JUDGMENT

This case is dismissed without prejudice for failure to serve.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2015